
FILED
CLERK, U.S. DISTRICT COURT
7/9/21
CENTRAL DISTRICT OF CALIFORNIA
BY: WH DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MARIAH HOWARD, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>LOS ANGELES COUNTY METROPOLITAN TRANSPORTATION AUTHORITY; and DOES 1 through 10, Inclusive,<br><br>Defendants. | Case No. 2:20-cv-07876-PSG-MAA<br>[Hon. Philip S. Gutierrez]<br><br>**[~~PROPOSED~~] JUDGMENT** |

///
///
///

Burke, Williams &
Sorensen, LLP
Attorneys At Law
Los Angeles

- 1 -

CASE NO. 2:20-CV-07876 PSG-MAA
PROPOSED JUDGMENT

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

On June 22, 2021, this Court entered an order granting Defendant Los Angeles County Metropolitan Transportation Authority's ("MTA") motion for judgment on the pleadings.

Now therefore, it is ordered, decreed, and adjudged that judgment is hereby entered in MTA's favor and against Plaintiff Mariah Howard.

**IT IS SO ORDERED.**

Dated: 7/9/21

Honorable Philip S. Gutierrez
United States District Court